1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN A. TROIE,                              No. 2:15-cv-2631-MCE-KJN PS

12                    Plaintiff,

13          v.                                     ORDER

14   BOTTLING GROUP, LLC,

15

16                    Defendant.

17

18          Presently pending before the court is a motion to dismiss the action for discovery abuses

19   and failure to prosecute, accompanied by various alternative motions to compel discovery

20   responses, filed by defendant.  (ECF Nos. 22-26.)  According to the motions, plaintiff, who

21   proceeds without counsel, failed to provide initial disclosures, failed to respond to written

22   discovery requests, and failed to cooperate with respect to his appearance for deposition.

23   Furthermore, the motions claim that plaintiff has changed address, but failed to advise the court

24   and defendant's counsel of a new address, and that plaintiff has ceased communicating with

25   defendant's counsel for several months.  All motions were filed on October 24, 2016, and are

26   presently noticed for hearing on November 10, 2016.

27          Due to the alleged complete failure to respond to discovery requests, it appears that

28   defendant noticed the motions pursuant to Local Rule 251(e), which permits such discovery

1   motions to be heard on fourteen (14) days' notice.  However, because the primary motion at issue

2   here seeks dispositive relief, the court finds that the motions should be heard and briefed on

3   greater notice, and thus sets a special briefing schedule.

4          Accordingly, IT IS HEREBY ORDERED that:

5          1.   The November 10, 2016 hearing is VACATED and CONTINUED to Thursday

6               December 1, 2016, at 10:00 a.m., in Courtroom No. 25 before the undersigned.

7          2.   Plaintiff shall file an opposition or statement of non-opposition to defendant's motions

8               no later than November 10, 2016.

9          3.   Defendant shall file any reply brief no later than November 17, 2016.

10         4.   Plaintiff is cautioned that failure to file an opposition or statement of non-opposition to

11              the motions by the required deadline will be construed as a statement of non-

12              opposition to the pending motions and as plaintiff's consent to dismissal of the action

13              with prejudice.

14         IT IS SO ORDERED.

15  Dated:  October 27, 2016

16

17                                                KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

2